United States District Court
Middle District of Florida
Jacksonville Division

**LIAM KIDNEY,**

***Plaintiff,***

**v.** **NO. 3:25-cv-1212-MMH-PDB**

**WILLIAMS PLANT NURSERY, INC.,**

***Defendant.***

---

## Order

On July 14, 2026, the court permitted the plaintiff's former counsel to withdraw and ordered, by August 13, 2026, that new counsel appear or that the plaintiff notify the court that he is representing himself. Doc. 15. On August 10, 2026, after the order was mailed to the plaintiff and returned as undeliverable, *see* Doc. 18, the court directed the clerk to email the July 14 and August 10 orders to the plaintiff, extended the deadline to comply with the July 14 order to September 1, 2026, and directed the plaintiff to notify the court of his current mailing address by the same deadline. Doc. 19.

On September 10, 2026, after the plaintiff had taken no action, the court directed him, by October 5, 2026, to (1) show cause why the action should not be dismissed for failure to prosecute diligently and comply with the July 14 and August 10 orders and (2) comply with the July 14 and August 10 orders. Doc. 23.

The plaintiff's father has written a letter to the court asking for more time for his son to find a new attorney. Doc. 25.

A person may litigate his own case personally, 28 U.S.C. § 1654, but cannot litigate another person's case unless admitted to practice law, *FuQua v. Massey*, 615 F. App'x 611, 612 (11th Cir. 2015).

Because the plaintiff's father cannot litigate the plaintiff's case for him, the court does not construe the letter, Doc. 25, as a motion and **directs** the clerk to "terminate" it. In the interest of providing the plaintiff with enough time to find new counsel, however, the court sua sponte **extends** the deadline. No further extensions should be anticipated.

By **November 16, 2026**, the plaintiff must comply with the July 14, August 10, and September 10 orders. Docs. 15, 19, 23. **Failure to timely comply will result in a recommendation of dismissal. Considering that the time period for suing has likely passed, the dismissal likely would prevent the plaintiff from litigating the claim now and in the future.**

**Ordered** in Jacksonville, Florida, on October 19, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Liam Kidney
kidneyliam@gmail.com